KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; <br><br> Plaintiffs, <br> vs. <br><br> RECREATION DEVELOPMENT COMPANY, LLC a Nevada limited liability company, <br><br> Defendant. | Case No.: 2:22-cv-00052-JAD-DJA <br><br> **ORDER APPROVING** <br><br> **STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the Plaintiffs BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA (hereinafter "Plaintiffs"), by and through their attorney, CHRISTOPHER M. HUMES, Esq., Defendant, RECREATION DEVELOPMENT COMPANY, LLC, (hereinafter "Defendant") by and through its attorney GEORGE E. ROBINSON Esq., as follows:

1. The parties hereby agree that Defendant's response to Plaintiffs' Opposition to the Motion to Dismiss deadline is extended to May 27, 2022.

Dated this  16th  day of May, 2022                Dated this  16th  day of May, 2022

KERR SIMPSON ATTORNEYS AT LAW        BROWNSTEIN HYATT
                                                                                      FARBER SCHRECK, LLP


 _____               */s/ Christopher M. Humes*
P. Sterling Kerr, Esq.                                       Christopher M. Humes, Esq.
Nevada Bar No. 03978                                    Nevada Bar No. 12782
George E. Robinson, Esq.                               100 North City Pkwy Suite 1600
Nevada Bar No. 9667                                      Las Vegas, NV 89106
2900 W. Horizon Ridge Pkwy #200              *Attorney for Plaintiffs*
Henderson, NV 89052
*Attorneys for Defendant*

**ORDER**

IT IS HEREBY ORDERED that Defendant's response to Plaintiffs' Opposition to the Motion to Dismiss deadline is extended to May 27, 2022.

**IT IS SO ORDERED.**

DATED this 19th day of May, 2022.

Anne R. Traum
UNITED STATES DISTRICT COURT JUDGE

KERR SIMPSON ATTORNEYS AT LAW

P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
taylor@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com
*Attorneys for Defendant*