UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA;<br><br>Plaintiffs,<br>vs.<br><br>RECREATION DEVELOPMENT COMPANY, LLC a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:22-cv-00052-ART-DJA<br><br>**ORDER APPROVING STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>(**FIRST REQUEST**) |

IT IS HEREBY STIPULATED by and between the Plaintiffs BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA (hereinafter "Plaintiffs"), by and through their attorney, CHRISTOPHER M. HUMES, Esq., and Defendant, RECREATION DEVELOPMENT COMPANY, LLC, (hereinafter "Defendant") by and through its attorney GEORGE E. ROBINSON Esq., as follows:

24375300.1

1. The parties hereby agree that Defendant's response to Plaintiffs' Motion for Summary Judgment deadline is extended from July 4, 2022 to July 11, 2022.

2. This stipulation is not made for the purpose of delay, but rather Defendant requests additional time to accommodate its attorney's workload and schedule.

3. This is Defendant's first request to extend time to file a response to Plaintiffs' Motion for Summary Judgment.

| Dated this 28th day of June, 2022 | Dated this 28th day of June, 2022 |
|---|---|
| KERR SIMPSON ATTORNEYS AT LAW | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| _(signature)_ | /s/ Christopher M. Humes |
| P. Sterling Kerr, Esq.<br>Nevada Bar No. 03978<br>George E. Robinson, Esq.<br>Nevada Bar No. 9667<br>2900 W. Horizon Ridge Pkwy #200<br>Henderson, NV 89052<br>*Attorneys for Defendant* | Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>100 North City Pkwy Suite 1600<br>Las Vegas, NV 89106<br>*Attorney for Plaintiffs* |

24375300.1

**ORDER**

IT IS HEREBY ORDERED that Defendant's response to Plaintiffs' Motion for Summary Judgment deadline is extended to July 11, 2022.

**IT IS SO ORDERED.**

DATED this 30th day of June, 2022.

_____
Anne R. Traum
UNITED STATES DISTRICT COURT JUDGE